# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE REDMAN | : | CIVIL ACTION |
| v. | : | |
| PAUL K. SMEAL, et al. | : | NO. 09-0630 |

## ORDER

AND NOW, this 12th day of April, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Government's Response thereto (Docket No. 10), and after review of the Report and Recommendation ("R & R") of United States Magistrate Judge Jacob P. Hart, dated October 8, 2009 (Docket No. 14), and Petitioner's Objections to the R & R (Docket No. 18), it is hereby ORDERED as follows:

1. The R & R is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealibility.

4. The Clerk is directed to close this case.

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-630 Redman v. Smeal\Redman v. Smeal - 2254 Habeas Order.wpd